UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )        BK No.:   14-21584
JAIROSE AND JONA PATHIYIL,                )
                                          )        Chapter: 7
                                          )        Honorable Deborah L. Thorne
                                          )
                                          )
                                          )
         Debtor(s)                        )

### ORDER GRANTING SEYFARTH SHAW LLP'S FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT FOR PERIOD OF SEPTEMBER 1, 2014, THROUGH THE CLOSE OF THE CASE

Upon the consideration of the First and Final Application for Compensation and Reimbursement of Expenses (the "Application") of Seyfarth Shaw LLP ("Seyfarth") as Counsel to Chapter 7 Trustee, Gus A. Paloian ("Trustee"), for the Period of September 1, 2014 through the Close of the Case, and for Other Related Relief; due and proper notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED that Seyfarth is allowed final compensation in the amount of $4,703.00 as reasonable compensation for actual and necessary legal services rendered to the Trustee;

IT IS FURTHER ORDERED that Seyfarth is allowed final reimbursement of expenses in the amount of $38.70 for actual and necessary expenses incurred in the performance of services rendered to the Trustee;

IT IS FURTHER ORDERED that the awards herein are allowed as an administrative expense of the Estate pursuant to 11 U.S.C. §§503(a) and (b), and 507 (a)(2); and

IT IS FURTHER ORDERED that Gus A. Paloian, not individually, but solely as the Debtor's Chapter 7 Trustee, is authorized to pay Seyfarth the amounts awarded from the funds in the Estate.

Enter:    /s/ Eugene R. Wedoff

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: November 18, 2015

**Prepared by:**

Gus A. Paloian (06188186)
Bret M. Harper (6299968)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000