**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-21584 |
| | § | |
| JAIROSE PATHIYIL | § | |
| JONA PATHIYIL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $900.00 | Assets Exempt: | $13,100.00 |
| Total Distributions to Claimants: | $175.83 | Claims Discharged Without Payment: | $503,096.00 |
| Total Expenses of Administration: | $6,121.43 | | |

3) Total gross receipts of $11,600.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $5,302.74 (see **Exhibit 2),** yielded net receipts of $6,297.26 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $6,121.43 | $6,121.43 | $6,121.43 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $503,096.00 | $175.57 | $175.57 | $175.83 |
| **Total Disbursements** | $503,096.00 | $6,297.00 | $6,297.00 | $6,297.26 |

4). This case was originally filed under chapter 7 on 06/09/2014. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>05/05/2016</u>     By:  <u>/s/ Gus A. Paloian</u>
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2011 Toyota Sienna | 1129-000 | $11,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$11,600.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| PATHIYIL, JAIROSE AND PATHIYIL, JONA | Surplus Funds | 8200-002 | $5,302.74 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,302.74** |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $1,379.73 | $1,379.73 | $1,379.73 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $4,703.00 | $4,703.00 | $4,703.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3120-000 | NA | $38.70 | $38.70 | $38.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,121.43 | $6,121.43 | $6,121.43 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $175.57 | $175.57 | $175.57 |
|  | PYOD, LLC its successors and assigns as assignee | 7990-000 | $0.00 | $0.00 | $0.00 | $0.26 |
|  | Barclays Bank Delaware | 7100-000 | $181.00 | $0.00 | $0.00 | $0.00 |
|  | Bridgeview Bank | 7100-000 | $500,000.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Citibank Sd, Na | 7100-000 | $1,316.00 | $0.00 | $0.00 | $0.00 |
|  | Enhanced Recovery Corp | 7100-000 | $605.00 | $0.00 | $0.00 | $0.00 |
|  | GECRB/ Old Navy | 7100-000 | $83.00 | $0.00 | $0.00 | $0.00 |
|  | Midland Funding | 7100-000 | $911.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $503,096.00 | $175.57 | $175.57 | $175.83 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 14-21584-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | PATHIYIL, JAIROSE AND PATHIYIL, JONA | Date Filed (f) or Converted (c): | 06/09/2014 (f) |
| For the Period Ending: | 5/5/2016 | §341(a) Meeting Date: | 07/23/2014 |
| | | Claims Bar Date: | 01/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Bank of America - Checking | $1,000.00 | $900.00 | | $0.00 | FA |
| 2  Inland Bank - Checking | $1,700.00 | $0.00 | | $0.00 | FA |
| 3  Furniture | $2,000.00 | $0.00 | | $0.00 | FA |
| 4  Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 5  2006 Honda Odyssey | $3,000.00 | $0.00 | | $0.00 | FA |
| 6  2011 Toyota Sienna | $6,000.00 | $0.00 | | $11,600.00 | FA |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$14,000.00    $900.00    $11,600.00    $0.00

**Major Activities affecting case closing:**

The Trustee negotiated the sale of Debtor's vehicle and the Estate received the sale proceeds. The final report is in progress. The Trustee estimates case closing by 8/30/15.

**Initial Projected Date Of Final Report (TFR):** 12/31/2015    **Current Projected Date Of Final Report (TFR):** 10/31/2015    /s/ GUS A. PALOIAN

GUS A. PALOIAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-21584-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | PATHIYIL, JAIROSE AND PATHIYIL, JONA | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4503 | Checking Acct #: | ******0302 |
| Co-Debtor Taxpayer ID #: | **-***4504 | Account Title: | JAIROSE AND JONA PATHIYIL |
| For Period Beginning: | 6/9/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/5/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/09/2014 | (6) | SCHNEIDER & STONE, INC. | SALE OF TOYOTA SIENNA TO DEBTOR | 1129-000 | $11,600.00 | | $11,600.00 |
| 11/20/2015 | 1001 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $38.70 | $11,561.30 |
| 11/20/2015 | 1002 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $1,379.73 | $10,181.57 |
| 11/20/2015 | 1003 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $4,703.00 | $5,478.57 |
| 11/20/2015 | 1004 | PYOD, LLC its successors and assigns as assignee | Claim #: 1; Distribution Dividend: 100.00; | * | | $175.83 | $5,302.74 |
| | | | Claim Amount $(175.57) | 7100-000 | | | $5,302.74 |
| | | | Interest $(0.26) | 7990-000 | | | $5,302.74 |
| 11/20/2015 | 1005 | PATHIYIL, JAIROSE AND PATHIYIL, JONA | Claim #: ; Distribution Dividend: 100.00; | 8200-002 | | $5,302.74 | $0.00 |
| | | | **TOTALS:** | | $11,600.00 | $11,600.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $11,600.00 | $11,600.00 | |
| | | | Less: Payments to debtors | | $0.00 | $5,302.74 | |
| | | | **Net** | | $11,600.00 | $6,297.26 | |

| For the period of 6/9/2014 to 5/5/2016 | | For the entire history of the account between 12/02/2014 to 5/5/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $11,600.00 | Total Compensable Receipts: | $11,600.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,600.00 | Total Comp/Non Comp Receipts: | $11,600.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,297.26 | Total Compensable Disbursements: | $6,297.26 |
| Total Non-Compensable Disbursements: | $5,302.74 | Total Non-Compensable Disbursements: | $5,302.74 |
| Total Comp/Non Comp Disbursements: | $11,600.00 | Total Comp/Non Comp Disbursements: | $11,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-21584-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | PATHIYIL, JAIROSE AND PATHIYIL, JONA | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4503 | Checking Acct #: | ******0302 |
| Co-Debtor Taxpayer ID #: | **-***4504 | Account Title: | JAIROSE AND JONA PATHIYIL |
| For Period Beginning: | 6/9/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/5/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $11,600.00 | $11,600.00 | $0.00 |

**For the period of 6/9/2014 to 5/5/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $11,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,297.26 |
| Total Non-Compensable Disbursements: | $5,302.74 |
| Total Comp/Non Comp Disbursements: | $11,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/09/2014 to 5/5/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $11,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,297.26 |
| Total Non-Compensable Disbursements: | $5,302.74 |
| Total Comp/Non Comp Disbursements: | $11,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |